IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41153
Conference Calendar
_____

GEORGE WILLIAM RIECK, JR., TCCC No. 99-4696,

                                        Plaintiff-Appellant,

versus

TEXAS BOARD OF PARDONS AND PAROLES; WAYNE SCOTT,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. V-99-CV-38
- - - - - - - - - -
June 13, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

George William Rieck, Jr., Texas prisoner # 654389, is
BARRED from proceeding in forma pauperis (IFP) under the Prison
Litigation Reform Act, 28 U.S.C. § 1915(g), because, on at least
three prior occasions while incarcerated, Rieck has brought an
action in a court of the United States that was dismissed as
frivolous or for failure to state a claim upon which relief could
be granted.  See Rieck v. Schnorrenburg, No. 1-97-CV-464 (W.D.
Tex. Sep. 30, 1997); Rieck v. Evans, No. 1-97-CV-477 (W.D. Tex.

---

[*]    Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

July 8, 1997); <u>Rieck v. Cheshire</u>, No. 6-95-CV-45 (S.D. Tex. June 29, 1995).

Accordingly, Rieck's IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury. <u>See</u> § 1915(g). His motion for a protective order is DENIED, and the appeal is DISMISSED.

IFP DECERTIFIED; MOTION DENIED; APPEAL DISMISSED.